# EXHIBIT 1

| Subject Work | Infringing Uses |
|---|---|



| **Subject Work** | **Infringing Uses** |
|---|---|
| |  |