KENDALL BRILL & KELLY LLP
Philip M. Kelly (212174)
  pkelly@kbkfirm.com
Nary Kim (293639)
  nkim@kbkfirm.com
Daniel Barlava (334910)
  dbarlava@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for TikTok Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDER STROSS, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TIKTOK INC., a California corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:23-cv-00224-CAS-SK<br><br>**NOTICE OF SETTLEMENT (LOCAL RULES 16-15.7 & 40**<br><br>Complaint Served: January 17, 2023<br>Current Response Date: February 7, 2023<br>New Response Date: March 9, 2023<br><br>Hon. Christina A. Snyder<br>Dept 8D<br><br>Action Filed:　January 12, 2023<br>Trial Date:　　None |

603367432

NOTICE OF SETTLEMENT

Defendant TikTok Inc. and Plaintiff Alexander Stross hereby notify the Court that the parties have reached a settlement in principle and are currently finalizing a written settlement agreement. Accordingly, the parties request that any and all pending deadlines (including Defendant's deadline to respond to the Complaint) be stayed and/or held in abeyance pending the filing of a request for dismissal with prejudice.

DATED: March 7, 2023         KENDALL BRILL & KELLY LLP


By: _____/s/ Philip M. Kelly_____
Philip M. Kelly
Attorney for Defendant TikTok Inc.

DATED: March 7, 2023         DONIGER/BURROUGHS


By: _____/s/ Stephen M. Doniger_____
Stephen M. Doniger
Benjamin F. Tookey
Attorneys for Plaintiff Alexander Stross

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Philip M. Kelly, attest that the above-listed signatories on whose behalf this document is being filed have concurred in the filing's content and have authorized the filing.

Dated: March 7, 2023                                    KENDALL BRILL & KELLY LLP


                                                         /s/ Philip M. Kelly
                                                        _____
                                                              Philip M. Kelly

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603367432

3
NOTICE OF SETTLEMENT